No. 15,640.

HAM v. HALL.
(184 P. [2d] 871)

Decided September 8, 1947.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE ALTER and MR. JUSTICE HAYS, participating.

Mr. SIMON QUIAT, Mr. SAMUEL S. GINSBERG, for plaintiff in error.

Mr. E. V. HOLLAND, for defendant in error.